843 A.2d 1220

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Anthony GORE, Respondent.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

## *ORDER*

PER CURIAM:

**AND NOW,** this 31st day of December, 2003, the Petition for Allowance of Appeal is hereby granted, and the order of the Superior Court is reversed. *See Commonwealth v. Robinson,* 2003 WL 22410210 (Pa.2003).